**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES FOY BULLARD, JR.,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 15-2021 |
| : | |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
| Defendant. : | |

# **O R D E R**

**AND NOW**, this 8th day of September, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 16), Defendant's Response (Doc. No. 17), and Plaintiff's Reply (Doc. No. 18), as well as the administrative record herein (Doc. No. 11), and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 20), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 16) is **GRANTED**;

3. **JUDGMENT** is entered in favor of Plaintiff James Foy Bullard, Jr., and against Defendant Carolyn W. Colvin, Commissioner of Social Security;

4. The Clerk of Court shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.